Jayden Darden, W
Full name(s)
Correctional Industrial Facility
5124 West Reformatory Road
Street address or postal box number

Pendleton, Indiana 46064
City, State and zip code

None
Phone Number

**FILED**
**12/15/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:23-cv-02251-JRS-CSW
(To be supplied by the Court)

Jayden Darden _____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

~~Cody~~ Karl Martini  ofc Branham ~~Bosphiam~~
sgt lutrell  sgt coby richardson
ofc springer _____ Defendant(s).
(Enter above the full name of ALL defendants in this
action. Do not use "et al".)

# CIVIL RIGHTS COMPLAINT

## I. PARTIES

**1. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Jayden Darden #265425

Present Place of Confinement or Mailing Address: Correctional Industrial Facility, 5124 West Reformatory Road, Pendleton, Indiana 46064

2. **Defendant's Information**: (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

**Name of Defendant 1**: ~~CORPORAL Richardson~~ Karl Martini

Title (If applicable): ~~Sergeant~~

Address of Defendant: _____

**Name of Defendant 2**: ~~[scribbled out]~~ Sgt lutrell

Title (If applicable): _____

Address of Defendant: _____

**Name of Defendant 3**: Sgt Coby Richardson

Title (If applicable): _____

Address of Defendant: _____

**Name of Defendant 4**: Ofc springer

Title (If applicable): _____

Address of Defendant: _____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

☑ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

☐ Other (cite statute, if known) _____

## IV. CLAIMS

**BRIEFLY** state the background of your case.

My toilet over flowed putting feces and urine on my floor and I was subjected to these conditions for 48 hours until I was told by Karl Martini to clean up the mess with my clothing with no chemicals. I told mutiply staff and two sergents about this matter nothing was done during those times

CO Branham, CO Springer, Sgt Iutrell, Sgt Richardson

**Claim I:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On 9-20-23 At Approx. 3:00 PM My toilet over flowed and feces and urine was on my floor I asked ofc. Karl Martini if I could be removed from my cell to have it cleaned and he stated that he wasn't going to clean it up. I was subjected to these conditions until 9-21-23 when the ofc. Martini made me clean the mess up with my clothing without proper cleaning supplies.

**Claim II:** Untill 9-22-23 after 6:00pm nothing was done about my toliet getting fixed. They finally called the after hour plummer to plunge my toliet then was fixed and no longer a issue beside the sanitation of the cell.

**Claim III:** During this time I was subjected from 9-20-23 3:00pm of the first time reporting it till 9-22-23 at 6:00pm when it was fix/plunged I was subjected to keep using my toliet cause staff would not do anything until the above date.

### V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐ Yes ☑ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number  N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)  N/A

d. Issues raised: ___N/A___

e. Approximate date of filing lawsuit: ___N/A___

f. Approximate date of disposition: ___N/A___

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ☒Yes ☐No

If your answer is "Yes", briefly describe how relief was sought and the result:

I put mutiple greivances in on this matter and was told different things like policy was followed and can't give me no other relief and that It was addressed so there no longer a problem things like that.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): ___N/A___

   Defendant(s): ___N/A___

b. Name and location of court and docket number: ___N/A___

c. Grounds for dismissal:
   ☐frivolous ☐malicious ☐failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: ___N/A___

e. Approximate date of disposition: ___N/A___

## VII. REQUEST FOR RELIEF

I request the following relief: _I am asking for $500,000 for subjecting me to cruel and unusual punishment by making me stay in my cell that was flooded with feces and urine. and that was unsanitary and could have hurt my health. or Affected_

_____   _[signature]_
Original signature of attorney (if any)   **Plaintiff's Original Signature**

Date: _____   _Jayden Darden_
                                                          **Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate**.

Executed at _____ on _____ .
                   (location)                              (date)

_[signature]_
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ☑ Yes ☐ No