UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAYDEN DARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02251-JRS-CSW ) |
| KARL MARTINI, BRANHAM Ofc., LUTRELL Sgt., COBY RICHARDSON Sgt., SPRINGER Ofc., | ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **dismissed with prejudice**.

Date: 9/9/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

JAYDEN DARDEN
265425
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391